JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDOR JACOB ABRAHAM EDRY, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey Corporation<br><br>　　　　　　Defendant. | Case No. 2:24-cv-06836-TJH-E<br><br>Honorable Terry J. Hatter<br><br>**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[Filed concurrently with Stipulation] |

- 1 -

## ORDER

Pursuant to the Stipulation of the Parties, the above-entitled action is hereby dismissed in its entirety with prejudice. Each party shall bear her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: February 20, 2025

TERRY J. HATTER, JR.
UNITED STATED DISTRICT JUDGE